JS 45 (01/2008)

**REDACTED**

Criminal Case Cover Sheet                                                                                                                U.S. District Court

**Place of Offense:**    Case Under Seal: Yes ___ No _X_    Judge Assigned: __LMB__
City _____    Superseding Indictment _____    Criminal Number: __1:25-CR-162__
County/Parish _____    Same Defendant ____    New Defendant _X_
    Magistrate Judge Case Number _____    Arraignment Date: _____
    Search Warrant Case Number _____
    R 20/R 40 from District of _____
    Related Case Name and No: Racha Farhat, (1:21-CR-112-LMB); Hussam Hawi, (1:21-CR-113-LMB)

**Defendant Information:**
**Juvenile --Yes** ___ **No** _X_ **FBI #** _____
**Defendant Name:** ALI FARHAT    Alias Name(s) _____
**Address:** _____
**Employment:** _____
**Birth date** xx/xx/1965  **SS#** xxx-xx-0921  **Sex** M  **Def Race** Unknown  **Nationality** Lebanese  **Place of Birth** Lebanon
**Height** 5'08"  **Weight** ___  **Hair** Brown  **Eyes** Brown  **Scars/Tattoos** _____
    **Interpreter:** No _X_ Yes  List language and/or dialect: Arabic    Automobile Description _____
**Location Status:**
Arrest Date _____
___ Already in Federal Custody as of _____ in _____
___ Already in State Custody    ___ On Pretrial Release    _X_ Not in Custody
_X_ Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested
___ Arrest Warrant Pending    ___ Detention Sought    ___ Bond

**Defense Counsel Information:**
Name: _____    ___ Court Appointed    Counsel conflicted out: YES – Federal Public Defender,
Address: _____    ___ Retained    Nina J. Ginsberg
Telephone: _____    ___ Public Defender    Federal Public Defender's Office conflicted out: YES

**U.S. Attorney Information:**
AUSA  Anthony T. Aminoff    Telephone No: 703-299-3700    Bar # _____
**Complainant Agency, Address & Phone Number or Person & Title:**
FBI Special Agent Christopher Laydon

**U.S.C. Citations:**

| | **Code/Section** | **Description of Offense Charged** | **Count(s)** | **Capital/Felony/Misd/Petty** |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 2339B | Conspiracy to Provide Material Support to a Designated Foreign Terrorist Organization | 1 | Felony |
| Set 2 | 18 U.S.C. § 1956(h) | Conspiracy to Launder Money | 1 | Felony |
| Set 3 | | | | |

(May be continued on reverse)

**Date:** 06/05/2025    Signature of AUSA:    /s/ Anthony T. Aminoff